MCGUIREWOODS LLP
Susan L. Germaise (State Bar No. 176595)
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Telecopier: (310) 315-8210
sgermaise@mcguirewoods.com

Attorneys for Defendant
NIELSEN AUDIO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO LEON OREA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NIELSEN AUDIO, INC.,<br><br>Defendant. | CASE NO. 3:14-cv-04235 JCS<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT NIELSEN AUDIO, INC. TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>Discovery Cutoff:   None set<br>Motion Cutoff:       None set<br>Pre-Trial Conf.:      None set<br>Trial:                       None set |

Plaintiff ALFREDO LEON OREA, individually and on behalf of all others similarly situated and Defendant NIELSEN AUDIO, INC. (collectively, "the Parties"), by and through their counsel of record herein, hereby stipulate as follows:

1. WHEREAS, the Class Action Complaint for Damages ("Complaint") in this matter was filed in this Court on September 18, 2014, but was never served upon NIELSEN AUDIO, INC. because the Complaint named the incorrect party as a defendant;

2. WHEREAS, after the Complaint was filed, the Parties conferred regarding Plaintiff filing an amended complaint and Defendant executing a waiver of service;

15971948.1

3.     WHEREAS, the First Amended Class Action Complaint for Damages ("FAC") in this matter was filed in this Court on December 5, 2014 and, notwithstanding the Parties' understanding that Defendant would execute a waiver of service, the FAC was served on December 12, 2014;

4.     WHEREAS, the Parties have agreed that NIELSEN AUDIO, INC. should have additional time to respond to the FAC, as if a waiver of service had been executed;

5.     WHEREAS, on December 30, 2014, and in accordance with Northern District Local Rule 6-1, the Parties stipulated to extend the time for and Defendant NIELSEN AUDIO, INC. to respond to the FAC through and including February 13, 2015;

IT IS SO STIPULATED.

DATED: December 30, 2014          McGuireWoods LLP

By:  /s/ Susan L. Germaise
         Susan L. Germaise
         Attorneys for Defendant NIELSEN AUDIO, INC.

DATED: December 30, 2014          Law Offices of Todd M. Friedman, P.C.

By:  /s/ Todd M. Friedman
         Todd M. Friedman
         Attorneys for Plaintiff ALFREDO LEON OREA

Dated: 12/31/14.  IT IS SO ORDERED.
/s/ Joseph C. Spero
United States Magistrate Judge

15971948.1

2

STIPULATION TO EXTEND TIME FOR DEFENDANT NIELSEN AUDIO, INC. TO RESPOND TO FIRST AMENDED COMPLAINT

**CERTIFICATE OF SERVICE**

I, Susan L. Germaise, certify that on December 30, 2014, the foregoing document entitled **STIPULATION TO EXTEND TIME FOR DEFENDANT NIELSEN AUDIO, INC. TO RESPOND TO FIRST AMENDED COMPLAINT** was filed electronically in the Court's Electronic Filing System ("ECF"); thereby upon completion the ECF system automatically generated a Notice of Electronic Filing ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case, in particular on the following:

*Attorneys for Plaintiff Alfredo Leon Orea:*

Todd M. Friedman, Esq.
Suren N. Weerasuriya, Esq.
Adrian Bacon, Esq.
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
tfriedman@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com
abacon@attorneysforconsumers.com

Gouya Askari Ranekouhi, Esq.
Seyed Abbas Kazerounian, Esq.
Kazerouni Law Group, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
gouya@kazlg.com
ak@kazlg.com

/s/ Susan L. Germaise
Susan L. Germaise

15971948.1

3

STIPULATION TO EXTEND TIME FOR DEFENDANT NIELSEN AUDIO, INC. TO RESPOND TO FIRST AMENDED COMPLAINT